IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   Teresa Ann Norwood

Case No. 3:26-bk-30327-SHB
Chapter 13
Filed   2/27/26
UnConfirmed

## NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the <u>Chapter 13 Trustee's Motion to Dismiss</u> on 04/01/2026 at 09:00 a.m., in the Courtroom 1C, located at U.S. Bankruptcy Court, Howard H. Baker, Jr. Courthouse, 800 Market St., Knoxville, TN   37902.**

**<u>Your rights may be affected</u>.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.    If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

## <u>TRUSTEE'S MOTION TO DISMISS</u>

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C.   §1307 for one or more of the following reasons:

- Ineligibility under 11 U.S.C. §109 (h)(1) as debtor may not have the obtained credit counseling since debtor did not file a certificate of counseling as required by 11 U.S.C. §521 (b)(1) for the obtained credit counseling.

- Case no. 3:25-bk-32458-SHB was filed by Attorney Law Office of Mayer & Newton on December 31, 2025 and was dismissed unconfirmed on February 9, 2026 for failure to make plan payments.  The filing fee was paid.

SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

    Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss, Notice of Hearing and proposed Order and hereby certifies that a true and exact copy of the same has been serviced by Electronic Case Filing (ECF) and/or by first class United States Mail (USM) postage prepaid on the following individuals as addressed below this   March 5, 2026.

Teresa Ann Norwood /   (USM)
9309 Number Four Drive

Mascot, TN   37806

s/ Debra L. Miller, Trustee, w/perm bmb
Debra L. Miller, #19656-49   IN
Standing Chapter 13 Trustee
PO Box 59030
Knoxville, TN   37950
(865) 524-4995

PRO-SE DEBTOR

Tiffany DiIorio (ECF)
U.S. Trustee's Office